10/21/2015            TDCJ Offender Details



*84,045-01*

# Offender Information Details

[ Return to Search list ]

| | |
|---|---|
| **SID Number:** | 05165520 |
| **TDCJ Number:** | 01923674 |
| **Name:** | DAVIS,JOHNNY EUGENE SR |
| **Race:** | W |
| **Gender:** | M |
| **DOB:** | 1969-11-02 |
| **Maximum Sentence Date:** | 2021-09-23 |
| **Current Facility:** | MCCONNELL |
| **Projected Release Date:** | 2017-01-30 |
| **Parole Eligibility Date:** | 2014-08-25 |
| **Offender Visitation Eligible:** | NO |

*The offender is temporarily ineligible for visitation. Please call the offender's unit for any additional information.*

*The visitation information is updated once daily during weekdays and multiple times per day on visitation days.*

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

**Parole Review Information**

## Offense History:

| Offense | Sentence | Case | Sentence (YY-MM- |
|---|---|---|---|